UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

IN RE:                                                                                CASE NO.: 23-41536
                                                                                                                         CHAPTER 13

Tamara Taylor Reeder,
    Debtor.

_____/

**REQUEST FOR SERVICE**

        **PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF2 ACQUISITION TRUST ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

                                                                               Robertson, Anschutz, Schneid & Crane LLP
                                                                               Authorized Agent for Secured Creditor
                                                                               350 10th Avenue, Suite 1000
                                                                               San Diego, CA 92101
                                                                               Telephone: 470-321-7112

                                                                               By: /s/Theron S. Covey
                                                                                     Theron S. Covey
                                                                                     Email: tcovey@raslg.com

# CERTIFICATE OF SERVICE

       **I HEREBY CERTIFY** that on November 30, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

TAMARA TAYLOR REEDER
5632 WEAVER PL
OAKLAND, CA 94619

And via electronic mail to:

MARTHA G. BRONITSKY
P.O. BOX 5004
HAYWARD, CA 94540

OFFICE OF THE U.S. TRUSTEE/OAK
OFFICE OF THE UNITED STATES TRUSTEE
PHILLIP J. BURTON FEDERAL BUILDING
450 GOLDEN GATE AVE. 5TH FL., #05-0153
SAN FRANCISCO, CA 94102

                                                           By: /s/ Angela Gill