Martha G. Bronitsky
Chapter 13 Standing Trustee
Po Box 5004
Hayward, CA 94540
(510) 266- 5580

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| In Re: | Chapter 13 Case No: |
|---|---|
| Tamara Taylor Reeder | 23-41536-CN 13 |

WITHDRAWAL
OF
Trustees Motion and Declaration to Dismiss Proceedings

    Martha G. Bronitsky, Chapter 13 Standing Trustee, hereby withdraws her Trustees Motion and Declaration to Dismiss Proceedings for the above named Chapter 13 Case which was filed on January 16, 2024, same being court docket #22.

Date: January 25, 2024

/s/ Martha G. Bronitsky
Signature of Martha G. Bronitsky
Chapter 13 Standing Trustee