Martha G. Bronitsky
Chapter 13 Standing Trustee
Po Box 5004
Hayward, CA 94540
(510) 266- 5580
13trustee@oak13.com

Trustee for Debtor(s)

**Entered on Docket
February 28, 2024**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes the order of the Court.
Signed: February 28, 2024

_____
**Charles Novack
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>Tamara Taylor Reeder<br><br><br><br>debtor(s) | Chapter 13 Case No. 23-41536-CN 13<br><br>Hearing: 02/27/2024<br>Time: 1:30 p.m.<br>Courtroom: 215 |

**ORDER SUSTAINING THE CHAPTER 13 TRUSTEE'S OBJECTION TO EXEMPTIONS**

A hearing regarding the Chapter 13 Trustee's Objection to Exemptions, the Honorable Charles Novack presiding. Appearances were stated on the record.

Good cause appearing and for the reasons stated on the record, IT IS ORDERED:

The Chapter 13 Trustee's Objection to Exemptions is sustained, with leave for the debtor to file an Amended Schedule C.

END OF ORDER

COURT SERVICE LIST