Martha G. Bronitsky
Chapter 13 Standing Trustee
Po Box 5004
Hayward, CA 94540
(510) 266- 5580

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| In Re | |
|---|---|
| Tamara Taylor Reeder | Chapter 13 Case Number: 23-41536-CN 13 |
| Debtors(s) | |

NOTICE OF HEARING DATE, TIME AND LOCATION ON OBJECTS TO THE DEBTOR'S CLAIM OF EXEMPTIONS

TO DEBTOR(S), DEBTOR(S)' ATTORNEY AND ALL INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that a Hearing will be held on April 23, 2024 at 1:30 pm at the United States Bankruptcy Court, 1300 Clay Street, Courtroom 215, Oakland, California. All interested parties may appear in-person or by Zoom Webinar. Additional information is available on the Bankruptcy Court's website at www.canb.uscourts.gov **on Judge Novack's procedure page under Practice and Procedure for in-person hearings.**

Objects to the Debtor's claim of exemptions

Date: March 11, 2024

/s/ Martha G. Bronitsky
Signature of Martha G. Bronitsky
Chapter 13 Standing Trustee

| In Re | |
|---|---|
| Tamara Taylor Reeder | Chapter 13 Case Number: 23-41536-CN 13 |
| Debtor(s) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the within and foregoing document on the debtor (s), counsel for debtor (s), and if applicable, the creditor, creditor representatives and the registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

March 11, 2024    /s/Olga Gonzalez

Olga Gonzalez

| | |
|---|---|
| Ally Financial Dept/Ais Portfolio Svcs Lp<br>4515 N Santa Fe Ave Dept Aps<br>Oklahoma City, OK  73118<br>(Creditor) | Pg&E<br>Po Box 8329<br>C/O Bankruptcy Dept<br>Stockton, CA  95208<br>(Creditor) |
| Robertson Anschutz Schneid Crane & Partners Pllc<br>13010 Morris Rd #450<br>Alpharetta, GA  30004<br>(Creditor) | Ronald D. Eichman<br>227 Lowell Street<br>Redwood City Ca 94062<br>,  94062<br>(Creditor) |
| Ally Financial, C/O Ais Portfolio Services,<br>4515 N Santa Fe Ave. Dept. Aps<br>Oklahoma City, OK  73118<br>(Creditor) | Trustee Corps<br>17100 Gillette Ave<br>Irvine, CA  92614<br>(Creditor) |
| U.S. Bank Trust National Association<br>Robertson, Anschutz, Schneid, Crane Llp<br>350 10Th Avenue, Suite 1000<br>San Diego, CA  00000<br>(Creditor) | U.S. Bank Trust National Association<br>Robertson, Anschutz, Schneid, & Crane Pl<br>13010 Morris Rd., Suite 450<br>Alpharetta, GA  30004<br>(Creditor) |
| Capital One N.A.<br>By American Infosource As Agent<br>4515 N Santa Fe Ave<br>Oklahoma City Ok 73118<br>,  00000<br>(Creditor) | Capital One Bank C/O American Infosource<br>Po Box 71083<br>Charlotte, NC  282721083<br>(Creditor) |

| | |
|---|---|
| 1 | Pacific Gas And Electric |
| 2 | Po Box 8329  Bkry Dept<br>Stockton, CA  952080329 |
| 3 | (Creditor) |
| 4 | Jefferson Capital Systems Llc<br>Po Box 772813 |
| 5 | Chicago, IL  606772813<br>(Creditor) |
| 6 | |
| 7 | Selene Finance Lp<br>3501 Olympus Blvd #500<br>Dallas, TX  75019 |
| 8 | (Creditor) |
| 9 | |
| 10 | Robertson Anschutz Schneid & Crane Llp<br>350 - 10Th Ave #1000<br>San Diego, CA  92101 |
| 11 | (Creditor) |
| 12 | Franchise Tax Board<br>Po Box 2952 |
| 13 | Sacramento, CA  958122952<br>(Creditor) |
| 14 | |
| 15 | Tamara Taylor Reeder<br>5632 Weaver Place |
| 16 | Oakland, CA  94619<br>(Creditor) |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |