DATE:   March 15, 2024

FROM:   Ron Eichman
        227 Lowell Street
        Redwood City CA 94062
        650-364-3535

TO:     ATTN: Charles Novack
        Alameda County Bankrupcy Court
        1300 Clay Street
        Oakland, CA 94612

Re:     Request for Order to Communicate with First Position Mortgage Holder
        Chapter 13 Case #: 23-41536-CN13

Honerable Judge Novack

I hope this letter finds you well. I am writing to respectfully request an order granting me, Ron Eichman, permission to communicate with the first position mortgage holder, US Bank, regarding the property located at 5632 Weaver Place, Oakland, within the framework of the bankruptcy case.

As a second position lender in the aforementioned bankruptcy case, it has become imperative for me to engage in direct communication with US Bank in order to discuss matters pertaining to the mortgage and their intentions with the property mentioned above. Open dialogue with US Bank is essential to facilitate the resolution of pertinent issues concerning the property, as my attorney has been useless in providing information.

I assure the court that any communication with US Bank will be conducted in good faith and in accordance with the guidelines set forth by this honorable court. It is my sincere intention to work collaboratively with all involved parties to reach an equitable resolution that aligns with the objectives of the bankruptcy process.

Thank you for your attention to this matter. Should the court require any further information or documentation, please do not hesitate to contact me at your earliest convenience.

Respectfully submitted,

*Ronald D Eichman*

Ronald D. Eichman