UNITED STATES BANKRUPTCY COURT
for the
NORTHERN DISTRICT OF CALIFORNIA

1300 CLAY STREET, COURTROOM 215
OAKLAND, CALIFORNIA 94612

CHAMBERS OF THE HON. CHARLES NOVACK
BANKRUPTCY JUDGE

TELEPHONE (510) 879-3525

March 26, 2024

Ronald D. Eichman
227 Lowell Street
Redwood City, CA 94062

**Re: Letter to Court dated 3-15-24**

Dear Mr. Eichman:

The court is in receipt of your letter dated March 15, 2024, seeking a court order permitting you to communicate directly with the creditor that holds the first position note and deed of trust against Debtor Tamara Reeder's real property.

The court is unable to provide you with the requested order. Ms. Reeder's bankruptcy case was dismissed on March 14, 2024, for her failure to file a chapter 13 plan as required by the court at the February 27, 2024 confirmation hearing. Thus, the court has no jurisdiction to issue such an order. In addition, even if the case were not dismissed, there is generally no prohibition against creditors communicating with each other.

Sincerely,

Shannon L. Mounger-Lum
Law Clerk to the Honorable Charles Novack
Judge of the United States Bankruptcy Court